Michael Yesk, Esq. (SBN130056)
Yesk Law
1850 Gateway Blvd, Ste 1080
(925) 849-5525
Attorney for Debtor

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Lani Inciong Hayes, | ) Case No: 20-51110 |
|---|---|
| DEBTOR, | ) **Motion for Additional Time to File Chapter 13 Schedules, Other Documents and Information Required Under 11 U.S.C. § 521(a)(1) and Rule 1007(c)** |

COMES NOW the Debtor and moves the Court for more time to file her schedules as follows:

1. Debtor filed a voluntary Petition under Chapter 13 of the Bankruptcy Code on July 27, 2020.

2. Debtor's petition was prepared and filed in an expedited manner to stop a pending foreclosure sale of the Debtor's home. The Debtor was therefore unable to gather all the necessary documents in order to complete the Chapter 13 Schedules, statement of affairs, plan, and other information and documents required under Section 521 (a) (1) when the petition was filed.

3. In addition, counsel and debtor have worked diligently to complete the schedules statement of affairs, plan, and other information and documents required under Section 521 (a) (1) when the petition was filed.

4. It is requested that the Court grant the Debtor an additional period of 15 days to August 10, 2020, pursuant to 11 U. S. C. § 521 (i) (3) and Rules 1007 (c) and 3015 (b)

Debtor's Motion for Additional Time - 1

of the Federal Rules of Bankruptcy Procedure to submit the necessary forms, schedules and other information.

5. This motion is not made for the purpose of delay and no creditor will suffer any prejudice if Debtor is granted an additional extension of time.

An extension of time under 521 (i) (3) may be granted on motion for cause shown. WHEREFORE, Debtor requests that this Court Grants an extension of time until August 25, 2019 in which to file hwr Chapter 13 Schedules, Statement of Affairs, Payment advices, statement of current monthly income and disposable income calculation, Chapter 13 Plan, and all other information and forms required by 11 U.S. C. § 521 (a) (1).

Date: August 10, 2020

Signature   S/ Michael Yesk

Case No. 20-51110

**COURT SERVICE LIST**